# **Exhibit B**

**BUSINESS AND CHANCERY COURT**
**SALT LAKE, STATE OF UTAH**
**WOLVES VENTURES LLC, et al. vs. SOAR ENERGY INC, et al.**

**CASE NUMBER**    250200016 - Contracts

CURRENT ASSIGNED JUDGE: RITA CORNISH

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Defendant | SOAR ENERGY INC | |
| Defendant | BRIAN DECKER | |
| Defendant | CORY DECKER | |
| Defendant | MICHAEL MACHINO | |
| Plaintiff | WOLVES VENTURES LLC | ALEXIS NELSON CHAD PEHRSON |
| Plaintiff | AVEYO DIRECT LLC | ALEXIS NELSON CHAD PEHRSON |
| Plaintiff | INSIGHT CONSULTING LLC | ALEXIS NELSON CHAD PEHRSON |
| Plaintiff | AVEYO SOARS LLC | ALEXIS NELSON CHAD PEHRSON |

**Events**

| Date | Event |
|---|---|
| March 21, 2025 | Case filed by efiler |
| March 21, 2025 | Filed: Complaint |
| March 21, 2025 | Filed: Exh A - Employment Agreements |
| March 21, 2025 | Filed: Exh AA - Sunset Solar Email |
| March 21, 2025 | Filed: Exh B - Text Messages |
| March 21, 2025 | Filed: Exh C - Work Order |
| March 21, 2025 | Filed: Exh D - USPTO Notice of Recordation |
| March 21, 2025 | Filed: Exh DD - Move Roof and Disaster |
| March 21, 2025 | Filed: Exh E - Screenshot of Roof Scan |
| March 21, 2025 | Filed: Exh G - Response Letter 11-21-2024 |
| March 21, 2025 | Filed: Exh F - Demand Letter 11-11-2024 |
| March 21, 2025 | Fee Payment |
| March 21, 2025 | Fee Account created |
| March 21, 2025 | Fee Account created |
| March 21, 2025 | Filed: Return of Electronic Notification |
| April 01, 2025 | Filed: Summons on Return Michael Machino |
| April 01, 2025 | Filed: Return of Electronic Notification |
| April 14, 2025 | Filed: Summons on Return as to Brian Decker |
| April 14, 2025 | Filed: Return of Electronic Notification |
| April 28, 2025 | Filed: Summons on Return Soar Energy, Inc. upon BRIAN DECKER - PRESIDENT for |
| April 28, 2025 | Filed: Return of Electronic Notification |

**Account Summary**

| Account | Details | | |
|---|---|---|---|
| REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S | Amount Due: | $ | 375.00 |
| | Amount Paid: | $ | 375.00 |
| | Amount Credit: | $ | 0.00 |
| | **Balance:** | | **\* $ 0.00** |

| REVENUE DETAIL - TYPE: BUSINESS AND CHANCER | Amount Due: | $ | 500.00 | | |
|---|---|---|---|---|---|
| | Amount Paid: | $ | 500.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | **\* $ 0.00** |