# Exhibit C

IN THE UTAH BUSINESS AND CHANCERY COURT
450 SOUTH STATE STREET, SALT LAKE CITY, UT 84114

**WOLVES VENTURES, LLC, a Utah limited liability company,
AVEYO DIRECT, LLC, a Utah limited liability company, and
INSIGHT CONSULTING, LLC, a Utah limited liability
company on behalf of themselves and derivatively on behalf of
AVEYO SOARS, LLC, a Utah limited liability company.**

    *Plaintiff(s) / Petitioner(s)*

v.

**SOAR ENERGY, INC., a California corporation, BRIAN
DECKER, individually, CORY DECKER, individually, and
MICHAEL MACHINO, individually,**

    *Defendant(s) / Respondent(s)*

Case No.: 250200016 Judge Rita Cornish

## UNSWORN DECLARATION OF SERVICE

I, Branson Oxford , state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Michael Machino in Maricopa County, AZ on March 31, 2025 at 7:39 pm at 502 West Gleneagles Drive, Phoenix, AZ 85023 by personal service by handing the following documents to an individual identified as Michael Machino.

Summons - Michael Machino
Complaint

Additional Description:
I spoke to the defendant Michael at the given address who stated his name and accepted the documents.

Hispanic or Latino Male, est. age 35-44, glasses: N, Black hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=33.6217397505,-112.0810850565
Photograph: See Exhibit 1


Total Cost: $126.70

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Maricopa County__, __AZ__ on __4/1/2025__.

/s/ *Branson Oxford*
_____
Signature
Branson Oxford
+1 (623) 692-2616



Exhibit 1a)

Chad S. Pehrson (12622)
Alexis Nelson (9566)
**KUNZLER BEAN & ADAMSON**
50 W Broadway, Suite 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646
cpehrson@kba.law
anelson@kba.law

*Attorneys for Plaintiffs Wolves Ventures, LLC,
Aveyo Direct, LLC, and Insight Consulting, LLC*

**If you do not respond to this document within applicable time limits, judgment could be entered against you as requested.**

## IN THE UTAH BUSINESS AND CHANCERY COURT

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company.<br><br>          Plaintiffs,<br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>          Defendants. | Case No.: 250200016<br><br>**SUMMONS**<br>**(Michael Machino)**<br><br>Judge Rita Cornish |

**TO:  MICHAEL MACHINO**
502 West Gleneagles Drive
Phoenix, AZ 85023

You are being sued.  A Complaint has been filed against you with the Utah Business and Chancery Court, which is located at 450 South State Street, Salt Lake City, UT 84114. Within 30 days after service of this Summons and Complaint, you must answer the Complaint in writing by filing your answer with the Court and delivering a copy of your answer to Plaintiffs' attorney at the address listed above.

If you fail to do so, judgment by default will be entered against you for the relief requested in the Complaint. The Court's Bilingual Notice of Responding Party is attached to this Summons as **Exhibit A**.

Dated: March 27, 2025.

                                                **KB&A**

                                                */s/Chad S. Pehrson*
                                                Chad S. Pehrson
                                                Alexis Nelson
                                                *Attorneys for Plaintiffs*

IN THE UTAH BUSINESS AND CHANCERY COURT

**WOLVES VENTURES, LLC, a Utah limited liability company,
AVEYO DIRECT, LLC, a Utah limited liability company, and
INSIGHT CONSULTING, LLC, a Utah limited liability
company on behalf of themselves and derivatively on behalf of
AVEYO SOARS, LLC, a Utah limited liability company.**

   *Plaintiff(s) / Petitioner(s)*

Case No.: 250200016

v.

**SOAR ENERGY, INC., a California corporation, BRIAN
DECKER, individually, CORY DECKER, individually, and
MICHAEL MACHINO, individually,**

   *Defendant(s) / Respondent(s)*

## UNSWORN DECLARATION OF SERVICE

I, Branson Oxford , state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Brian Decker in Maricopa County, AZ on April 7, 2025 at 12:38 pm at PropertyFi, 17851 85th Street, 310, Scottsdale, AZ 85255 by personal service by handing the following documents to an individual identified as Brian Decker.

Summons (Brian Decker)
Complaint, Exhibits

Additional Description:
I spoke to the defendant Brian at the given address who stated his name and accosted the documents.

White Male, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.6502747687,-111.8979559242
Photograph: See Exhibit 1


Total Cost: $233.70

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Maricopa County__, __AZ__ on __4/8/2025__ .

/s/ *Branson Oxford*
_____
Signature
Branson Oxford
+1 (623) 692-2616



Exhibit 1a)

Chad S. Pehrson (12622)
Alexis Nelson (9566)
**KUNZLER BEAN & ADAMSON**
50 W Broadway, Suite 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646
cpehrson@kba.law
anelson@kba.law

| **If you do not respond to this document within applicable time limits, judgment could be entered against you as requested.** |

*Attorneys for Plaintiffs Wolves Ventures, LLC, Aveyo Direct, LLC, and Insight Consulting, LLC*

## IN THE UTAH BUSINESS AND CHANCERY COURT

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company.<br><br>　　　　Plaintiffs,<br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>　　　　Defendants. | Case No.: 250200016<br><br>**SUMMONS**<br>**(Brian Decker)**<br><br>Judge Rita Cornish |

　　**TO:   BRIAN DECKER**
　　　　　11221 North 75th Street
　　　　　Scottsdale, AZ 85260

　　You are being sued.  A Complaint has been filed against you with the Utah Business and Chancery Court, which is located at 450 South State Street, Salt Lake City, UT 84114. Within 30 days after service of this Summons and Complaint, you must answer the Complaint in writing by filing your answer with the Court and delivering a copy of your answer to Plaintiffs' attorney at the address listed above.

If you fail to do so, judgment by default will be entered against you for the relief requested in the Complaint. The Court's Bilingual Notice of Responding Party is attached to this Summons as **Exhibit A**.

Dated: March 27, 2025.

                  **KB&A**

                  /s/*Chad S. Pehrson*
                  Chad S. Pehrson
                  Alexis Nelson
                  *Attorneys for Plaintiffs*

Case 2:25-cv-00339-AMA    Document 1-3    Filed 04/30/25    PageID.301    Page 11 of 16

IN THE UTAH BUSINESS AND CHANCERY COURT
50 W BROADWAY, SUITE 1000, SALT LAKE CITY, UT 84101

**WOLVES VENTURES, LLC, a Utah limited liability company,**
**AVEYO DIRECT, LLC, a Utah limited liability company, and**
**INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of**
**AVEYO SOARS, LLC, a Utah limited liability company.**

    *Plaintiff(s) / Petitioner(s)*

v.

**SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,**

    *Defendant(s) / Respondent(s)*

Case No.: 250200016 Judge Rita Cornish

### UNSWORN DECLARATION OF SERVICE

I, Yvette Owens, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Soar Energy, Inc. in Maricopa County, AZ on April 23, 2025 at 1:34 pm at 17851 North 85th Street, 310, Scottsdale, AZ 85255 by leaving the following documents with Brian Decker who as President is authorized by appointment or by law to receive service of process for Soar Energy, Inc..

Summons - Soars Energy
Complaint

White Male, est. age 35-44, glasses: N, Blonde hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.650093885,-111.8981874448
Photograph: See Exhibit 1


Total Cost: $146.40

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Maricopa County__, __AZ__ on __4/24/2025__.

/s/ *Yvette Owens*
_____
Signature
Yvette Owens
+1 (602) 465-6931



Exhibit 1a)

Chad S. Pehrson (12622)
Alexis Nelson (9566)
**KUNZLER BEAN & ADAMSON**
50 W Broadway, Suite 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646
cpehrson@kba.law
anelson@kba.law

**If you do not respond to this document within applicable time limits, judgment could be entered against you as requested.**

*Attorneys for Plaintiffs Wolves Ventures, LLC, Aveyo Direct, LLC, and Insight Consulting, LLC*

### IN THE UTAH BUSINESS AND CHANCERY COURT

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company.<br><br>　　　　　　Plaintiffs,<br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>　　　　　　Defendants. | Case No.: 250200016<br><br>**SUMMONS**<br>**(Soar Energy, Inc.)**<br><br>Judge Rita Cornish |

　　　　**TO:**　　**SOAR ENERGY, INC.**
　　　　　　　　c/o Stephen W. Pogson – Registered Agent
　　　　　　　　2600 N Central #1900
　　　　　　　　Phoenix, AZ 85004

　　　You are being sued.  A Complaint has been filed against you with the Utah Business and

Chancery Court, which is located at 450 South State Street, Salt Lake City, UT 84114. Within 30

days after service of this Summons and Complaint, you must answer the Complaint in writing by

filing your answer with the Court and delivering a copy of your answer to Plaintiffs' attorney at

the address listed above.

If you fail to do so, judgment by default will be entered against you for the relief requested in the Complaint. The Court's Bilingual Notice of Responding Party is attached to this Summons as **Exhibit A**.

Dated: March 27, 2025.

                **KB&A**

                */s/Chad S. Pehrson*
                Chad S. Pehrson
                Alexis Nelson
                *Attorneys for Plaintiffs*