# United States District Court
# District of Utah



**Gary P. Serdar**
Clerk of Court

May 1, 2025

Alexis Nelson
KUNZLER BEAN & ADAMSON
50 W Broadway, Suite 1000
Salt Lake City, UT 84101

RE:   Notice of Ineligible Attorney
      Counsel for: Plaintiffs

Dear Alexis Nelson:

A case was filed with the U.S. District Court for the District of Utah. The clerk is unable to add you as counsel for plaintiff/defendant for one of the reasons below.

- Attorney is in registration lapsed status.

If you do not intend to continue representing the client, it is counsel's responsibility under Local Rule 83-1.4(b) (2) to alert their client of their responsibility to secure other counsel or appear pro se within 21 days.

Gary P. Serdar, Clerk

By: Katy Cerna
Deputy Clerk