James L. Ahlstrom (8704)
Kara M. Houck (8815)
Austin D. Bybee (17956)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111-3105
Telephone: (801) 532-7840
jahlstrom@parrbrown.com
khouck@parrbrown.com

*Attorneys for Defendants Soar Energy, Inc.,
Brian Decker and Cory Decker*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:25-cv-00339-AMA<br><br>Judge Ann Marie McIff Allen |

NOTICE IS HEREBY GIVEN to all parties concerned that James L. Ahlstrom, of the law firm of PARR BROWN GEE & LOVELESS, P.C., hereby makes his appearance as counsel of record for Defendants Soar Energy, Inc., Brian Decker, and Cory Decker. Request is made that Mr.

Ahlstrom be added to the service list and provided notice of all filings, hearings, actions and other papers and proceedings with respect to the above-captioned action at the following address:

> James L. Ahlstrom
> PARR BROWN GEE & LOVELESS, P.C.
> 101 South 200 East, Suite 700
> Salt Lake City, Utah 84111
> jahlstrom@parrbrown.com

DATED this 1st day of May 2025.

PARR BROWN GEE & LOVELESS, P.C.

By: */s/ James L. Ahlstrom*
    James L. Ahlstrom
    Kara M. Houck
    Austin D. Bybee
    *Attorneys for Defendants Soar Energy,*
    *Inc., Brian Decker, Cory Decker*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of May, 2025, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed with the Clerk of the Court using the CM/ECT system and sent to the following via email:

Chad S. Pehrson
Alexis Nelson
KUNZLER BEAN & ADAMSON
50 West Broadway, Suite 1000
Salt Lake City, Utah 84101
cpehrson@kba.law
anelson@kba.law
*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　/s/ *Kathy Spencer*

4900-8980-2812