James L. Ahlstrom (8704)
Kara M. Houck (8815)
Austin D. Bybee (17956)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111-3105
Telephone: (801) 532-7840
jahlstrom@parrbrown.com
khouck@parrbrown.com

*Attorneys for Defendants Soar Energy, Inc.,*
*Brian Decker and Cory Decker*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:25-cv-00339-AMA<br><br>Judge Ann Marie McIff Allen |

NOTICE IS HEREBY GIVEN to all parties concerned that Kara M. Houck, of the law firm of PARR BROWN GEE & LOVELESS, P.C., hereby makes her appearance as counsel of record for Defendants Soar Energy, Inc., Brian Decker, and Cory Decker. Request is made that Ms. Houck

4936-8453-9197

be added to the service list and provided notice of all filings, hearings, actions and other papers and proceedings with respect to the above-captioned action at the following address:

> Kara M. Houck
> PARR BROWN GEE & LOVELESS, P.C.
> 101 South 200 East, Suite 700
> Salt Lake City, Utah 84111
> khouck@parrbrown.com
> calendar@parrbrown.com

DATED this 1st day of May 2025.

PARR BROWN GEE & LOVELESS, P.C.

By: /s/ Kara M. Houck
    James L. Ahlstrom
    Kara M. Houck
    Austin D. Bybee
*Attorneys for Defendants Soar Energy, Inc., Brian Decker and Cory Decker*

4936-8453-9197

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of May 2025, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed with the Clerk of the Court using the CM/ECT system and sent to the following via email:

> Chad S. Pehrson (cpehrson@kba.law)
> Alexis Nelson (anelson@kba.law)
> KUNZLER BEAN & ADAMSON
> 50 West Broadway, Suite 1000
> Salt Lake City, Utah 84101
> *Attorneys for Plaintiffs*

                          */s/ Lori J. Stumpf*
                          Lori J. Stumpf
                          Legal Assistant