James L. Ahlstrom (8704)
Kara M. Houck (8815)
Austin D. Bybee (17956)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111-3105
Telephone: (801) 532-7840
jahlstrom@parrbrown.com
khouck@parrbrown.com

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually, <br><br> Defendants. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Case No. 2:25-cv-00339-AMA <br><br> Judge Ann Marie McIff Allen |

NOTICE IS HEREBY GIVEN to all parties concerned that James L. Ahlstrom, of the law firm of PARR BROWN GEE & LOVELESS, P.C., hereby makes his appearance as counsel of record for Defendant Michael Machino. Request is made that Mr. Ahlstrom be added to the service list

4918-3465-5551

and provided notice of all filings, hearings, actions and other papers and proceedings with respect

to the above-captioned action at the following address:

> James L. Ahlstrom
> PARR BROWN GEE & LOVELESS, P.C.
> 101 South 200 East, Suite 700
> Salt Lake City, Utah 84111
> jahlstrom@parrbrown.com

DATED this 6th day of May 2025.

Parr Brown Gee & Loveless, P.C.

By: /s/ James L. Ahlstrom
    James L. Ahlstrom
    Kara M. Houck
    Austin D. Bybee
    *Attorneys for Defendants*

4918-3465-5551

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 6th day of May, 2025, a true and correct copy of the

foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed with the Clerk of the Court

using the CM/ECT system and sent to the following via email:

Chad S. Pehrson
Alexis Nelson
KUNZLER BEAN & ADAMSON
50 West Broadway, Suite 1000
Salt Lake City, Utah 84101
cpehrson@kba.law
anelson@kba.law
*Attorneys for Plaintiffs*


   /s/ *Kathy Spencer*

4918-3465-5551