James L. Ahlstrom (8704)
Kara M. Houck (8815)
Austin D. Bybee (17956)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111-3105
Telephone: (801) 532-7840
jahlstrom@parrbrown.com
khouck@parrbrown.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>Defendants. | NOTICE OF APPEARANCE OF COUNSEL<br><br>Case No. 2:25-cv-00339-AMA<br><br>Judge Ann Marie McIff Allen |

NOTICE IS HEREBY GIVEN to all parties concerned that Austin D. Bybee, of the law firm of PARR BROWN GEE & LOVELESS, P.C., hereby makes his appearance as counsel of record for Defendant Michael Machino. Request is made that Mr. Bybee be added to the service list and

4903-9823-7759

provided notice of all filings, hearings, actions and other papers and proceedings with respect to the above-captioned action at the following address:

> Austin D. Bybee
> PARR BROWN GEE & LOVELESS, P.C.
> 101 South 200 East, Suite 700
> Salt Lake City, Utah 84111
> abybee@parrbrown.com

DATED this 6th day of May 2025.

PARR BROWN GEE & LOVELESS, P.C.

By: /s/ Austin D. Bybee
James L. Ahlstrom
Kara M. Houck
Austin D. Bybee
*Attorneys for Defendants*

2

4903-9823-7769

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of May, 2025, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed with the Clerk of the Court using the CM/ECT system and sent to the following via email:

Chad S. Pehrson
Alexis Nelson
KUNZLER BEAN & ADAMSON
50 West Broadway, Suite 1000
Salt Lake City, Utah 84101
cpehrson@kba.law
anelson@kba.law
*Attorneys for Plaintiffs*

    /s/ *Kathy Spencer*

4903-9823-7769