James L. Ahlstrom (8704)
Kara M. Houck (8815)
Austin D. Bybee (17956)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111-3105
Telephone: (801) 532-7840
jahlstrom@parrbrown.com
khouck@parrbrown.com

*Attorneys for Defendants Soar Energy, Inc., Brian Decker,*
*Cory Decker and Michael Machino*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:25-cv-00339-AMA<br><br>Judge Ann Marie McIff Allen |

NOTICE IS HEREBY GIVEN to all parties concerned that Kara M. Houck, of the law firm of PARR BROWN GEE & LOVELESS, P.C., hereby makes her appearance as counsel of record for Defendant Michael Machino. Request is made that Ms. Houck be added to the service list and

4910-9436-1407

provided notice of all filings, hearings, actions and other papers and proceedings with respect to the above-captioned action at the following address:

>Kara M. Houck
>PARR BROWN GEE & LOVELESS, P.C.
>101 South 200 East, Suite 700
>Salt Lake City, Utah 84111
>khouck@parrbrown.com
>calendar@parrbrown.com

DATED this 6th day of May 2025.

>PARR BROWN GEE & LOVELESS, P.C.
>
>By: /s/ Kara M. Houck
>James L. Ahlstrom
>Kara M. Houck
>Austin D. Bybee
>*Attorneys for Defendants Soar Energy, Inc., Brian Decker, Cory Decker and Michael Machino*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of May, 2025, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed with the Clerk of the Court using the CM/ECT system and sent to the following via email:

Chad S. Pehrson
Alexis Nelson
KUNZLER BEAN & ADAMSON
50 West Broadway, Suite 1000
Salt Lake City, Utah 84101
cpehrson@kba.law
anelson@kba.law
*Attorneys for Plaintiffs*

         */s/ Lori J. Stumpf*
         Lori J. Stumpf
         Legal Assistant