James L. Ahlstrom (8704)
Kara M. Houck (8815)
Austin D. Bybee (17956)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111-3105
Telephone: (801) 532-7840
jahlstrom@parrbrown.com
khouck@parrbrown.com

*Attorneys for Defendants Soar Energy, Inc., Brian Decker,*
*Cory Decker and Michael Machino*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>Defendants. | **AMENDED STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS BRIAN DECKER AND MICHAEL MACHINO TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Case No. 2:25-cv-00339-AMA<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants, on the one hand, and Plaintiffs, on the other hand, through their respective counsel of record, hereby stipulate and jointly move the Court to extend the due date through and including May 14, 2025, for Brian Decker ("Brian") and Michael Machino ("Machino") to file a response to Plaintiffs' Complaint

4898-2075-9104

[Dkt. 1]. Defendants filed a Stipulation and Joint Motion for Extension of Time for Defendants Brian Decker and Michael Machino to Respond to Plaintiffs' Complaint [Dkt. 16] on May 6, 2025, which inadvertently contained a typo and referred to an extension through "*March* 14, 2025" instead of "*May* 14, 2025." Defendants also submitted an Order Granting Stipulation and Joint Motion for Extension of Time for Defendants Brian Decker and Michael Machino to Respond to Plaintiffs' Complaint [Exhibit A to Dkt. 16] on May 6, 2025 with the same mis-typed date – "*March* 14, 2025" instead of "*May* 14, 2025," which the Court signed on May 7, 2025 [Dkt. 17]. Defendants file this Amended Stipulation and Joint Motion for Extension of Time for Defendants Brian Decker and Michael Machino to Respond to Plaintiffs' Complaint with an amended order attached as Exhibit A to fix the typo from *March* 14, 2025 to *May* 14, 2025. As good cause for the requested extension, counsel for the parties have been discussing the removal and venue for the claims. Accordingly, the Parties respectfully request that the Court enter an order extending the time for Defendants to respond to the Complaint through and including May 14, 2025.

A proposed order is attached hereto as **Exhibit A**.

Respectfully submitted this 7th day of May 2025.

PARR BROWN GEE & LOVELESS, P.C.

By: /s/ Kara M. Houck
James L. Ahlstrom
Kara M. Houck
Austin D. Bybee
*Attorneys for Defendants*

KUNZLER BEAN & ADAMSON

By: /s/ Chad S. Pehrson*
Chad S. Pehrson
*Attorneys for Plaintiffs*
*Electronically signed with permission via email

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of May 2025, a true and correct copy of the foregoing AMENDED STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS BRIAN DECKER AND MICHAEL MACHINO TO RESPOND TO PLAINTIFFS' COMPLAINT was filed with the Clerk of the Court using the CM/ECT system and sent to the following via email:

> Chad S. Pehrson (cpehrson@kba.law)
> Alexis Nelson (anelson@kba.law)
> KUNZLER BEAN & ADAMSON
> 50 West Broadway, Suite 1000
> Salt Lake City, Utah 84101
> *Attorneys for Plaintiffs*

                                                                   */s/ Lori J. Stumpf*
                                                             Legal Assistant