# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>Defendants. | **ORDER GRANTING STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS BRIAN DECKER AND MICHAEL MACHINO TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Case No. 2:25-cv-00339-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion for Extension of Time (Motion) (ECF 16) for Defendants Brian Decker and Michael Machino to respond to Plaintiffs' Complaint, and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the deadline for defendants Brian Decker and Michael Machino to respond to plaintiffs' Complaint is extended to, through, and including June 2, 2025.

DATED this 16 May 2025.

*/s/ Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah