# Exhibit A

# Exhibit A

# Exhibit A

James L. Ahlstrom (8704)
Kara M. Houck (8815)
Austin D. Bybee (17956)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111-3105
Telephone: (801) 532-7840
jahlstrom@parrbrown.com
khouck@parrbrown.com

*Attorneys for Defendants Soar Energy, Inc., Brian Decker,*
*Cory Decker and Michael Machino*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>Defendants. | **ORDER GRANTING STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS SOAR ENERGY, INC., BRIAN DECKER, AND MICHAEL MACHINO TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Case No. 2:25-cv-00339-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulation and Joint Motion for Extension of Time for defendants Soar Energy, Inc., Brian Decker, and Michael Machino to respond to plaintiffs' Complaint, the Court hereby orders that the deadline for defendants Soar Energy, Inc., Brian

4932-7522-3113

Decker, and Michael Machino to respond to plaintiffs' Complaint is extended to, through and including June 23, 2025.

      SO ORDERED this ___ day of June 2025.

                              BY THE COURT:

                              _____
                              Cecilia M. Romero
                              United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of June 2025, a true and correct copy of the foregoing ORDER GRANTING STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS SOAR ENERGY, INC., BRIAN DECKER, AND MICHAEL MACHINO TO RESPOND TO PLAINTIFFS' COMPLAINT was filed with the Clerk of the Court using the CM/ECT system and sent to the following via email:

>Chad S. Pehrson (cpehrson@kba.law)
>Alexis Nelson (anelson@kba.law)
>KUNZLER BEAN & ADAMSON
>50 West Broadway, Suite 1000
>Salt Lake City, Utah 84101
>*Attorneys for Plaintiffs*

                                                    /s/ Lori J. Stumpf
                                                  Legal Assistant