# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>Defendants. | **ORDER GRANTING STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS SOAR ENERGY, INC., BRIAN DECKER, AND MICHAEL MACHINO TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Case No. 2:25-cv-00339-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulation and Joint Motion for Extension of Time (Motion) (ECF 27) for Defendants Soar Energy, Inc., Brian Decker, and Michael Machino (Defendants) to respond to Plaintiffs' Complaint, and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the deadline for Defendants to respond to the Complaint is extended to, through and including June 23, 2025.

DATED this 10 June 2025.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah