Chad S. Pehrson
Alexis V. Nelson
**KB&A**
50 W BROADWAY STE 1000
SALT LAKE CITY, UT 84101
801-994-4646

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WOLVES VENTURES, LLC, a Utah limited liability company, AVEYO DIRECT, LLC, a Utah limited liability company, and INSIGHT CONSULTING, LLC, a Utah limited liability company on behalf of themselves and derivatively on behalf of AVEYO SOARS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOAR ENERGY, INC., a California corporation, BRIAN DECKER, individually, CORY DECKER, individually, and MICHAEL MACHINO, individually,<br><br>Defendants. | **JOINT STIPULATION TO DISMISS**<br><br>Case No. 2:25-cv-00339-AMA<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate and agree that this action, including all claims and counterclaims, shall be and hereby is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 18th day of June 2025.

                                        PARR BROWN GEE & LOVELESS, P.C.

                                        By: */s/ Kara M. Houck*
                                             James L. Ahlstrom
                                             Kara M. Houck
                                             Austin D. Bybee
                                             *Attorneys for Defendants*
                                             **Electronically signed with permission* via email dated 6/17/25.*

                                        KUNZLER BEAN & ADAMSON

                                        By: */s/ Chad S. Pehrson*
                                             Chad S. Pehrson
                                             *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of June 2025, a true and correct copy of the foregoing **JOINT STIPULATION TO DISMISS** was filed with the Clerk of the Court using the CM/ECF system, which effectuate service on all counsel of record.

*/s/Andrea Coats*